# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of )
1186 Fletcher Drive, Erie, CO 80516, more fully described )
in Attachment A, attached hereto, to include one vehicle ) Case No. 21-sw-481-KLM
and the person of Logan Grover (aka "Logan V R Grover") )
at the time of the search warrant execution )
)
)
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __State and__ District of __Colorado__ *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENT A"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"** attached hereto and incorporated by reference

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __May 11, 2021__ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Kristen L. Mix__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11:50 am, Apr 27, 2021__          *[signature]*
                                                                                                                *Judge's signature*

City and state: __Denver, CO__          Kristen L. Mix
                                                     United States Magistrate Judge
                                                     *Printed name and title*

# Return

| Case No.: 21-sw-481-KLM | Date and time warrant executed: 4/28/2021 0948 | Copy of warrant and inventory left with: Alison Elaine Grover |
|---|---|---|

Inventory made in the presence of:
SA Stephen Green

Inventory of the property taken and name of any person(s) seized:

1. Samsung Cell Phone & Charger
2. Black Columbia Jacket
3. 3 Balaclavas
4. BlackHawk Gloves
5. External Hard Drive + Thumb Drive
6. Mac Book Pro Computer & Charger
7. One Green Colored Plaid Dress Shirt

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:54 pm, May 03, 2021
JEFFREY P. COLWELL, CLERK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/3/2021

*M Budwick*
Executing officer's signature

Marisa Budwick, Special Agent, FBI
Printed name and title